# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KEITH WALTERS <br><br> Plaintiff, <br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY. <br><br> Defendant. | Case No.: 1:17-cv-00778-SAB <br><br> ORDER RE STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF <br><br> (ECF No. 15) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before February 27, 2018;

2. Defendant's responsive pleading shall be filed on or before March 30, 2018;

3. Plaintiff's reply, if any, shall be filed on or before April 9, 2018.

IT IS SO ORDERED.

Dated: **January 25, 2018**

UNITED STATES MAGISTRATE JUDGE